S. LANE TUCKER
United States Attorney

WILLIAM R. REED
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, AK 99802
Phone: (907) 796-0400
Email: william.r.reed@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>KENNETH WENDELL KITKA,<br><br>    Defendant. | No. 1:24-cr-00005-JMK-MMS<br><br>COUNT 1:<br>POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE<br> Vio. of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(vi)<br><br>COUNT 2:<br>POSSESSION OF FIREARM IN FURTHERANCE OF DRUG TRAFFICKING<br> Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br>COUNT 3 and 4:<br>FELON IN POSSESSION OF A FIREARM<br> Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>CRIMINAL FORFEITURE ALLEGATION NO. 1:<br> 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2(a) |

|  | CRIMINAL FORFEITURE ALLEGATION NO. 2:<br>18 U.S.C. § 924(d)(1),<br>28 U.S.C. § 2461(c), and Rule 32.2(a) |
|---|---|

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about December 21, 2023, within the District of Alaska, the defendant, KENNETH WENDELL KITKA, within the District of Alaska, did knowingly and intentionally possess with the intent to distribute a controlled substance, to wit: approximately 338.9 grams or more of a mixture and substance containing a detectable amount of fentanyl.

All of which is in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)(vi).

### COUNT 2

On or about December 21, 2023, within the District of Alaska, the defendant, KENNETH WENDELL KITKA, did knowingly and intentionally possess a firearm, a North American Arms, .22 caliber revolver, serial no. L266704, in furtherance of a drug trafficking crime, to wit, possession of with the intent to distribute a controlled substance, in violation of 21 U.S.C.841 (a)(1), (b)(1)(B)(vi).

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

COUNT 3

On or about December 21, 2023, within the District of Alaska, the defendant, KENNETH WENDELL KITKA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit,

1. North American Arms, .22 caliber pistol, serial no. L266704;

Conviction

| Conviction Date | Offense | Court | Case No. |
| --- | --- | --- | --- |
| On or about 09/10/2014 | Misconduct Involving the Manufacture or Delivery of a Controlled Substance | State of Alaska | 1JU-13-777. |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

COUNT 4

On or about December 21, 2023, within the District of Alaska, the defendant, KENNETH WENDELL KITKA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit,

1. Ruger, .22 caliber pistol, serial no. 228-96086; and
2. Kahr, .45 caliber pistol, serial no. SF2964;

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

CRIMINAL FORFEITURE ALLEGATION NO. 1
DRUG PROCEEDS AND FACILITATING PROPERTY

Upon conviction of Count 1 of this Indictment, the defendant, KENNETH WENDELL KITKA, shall forfeit to the United States pursuant to 21 U.S.C. § 853(a)(1)

and (a)(2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

The property to be forfeited includes, but is not limited to, the following:

1. $107,037.00
2. North American Arms, .22 caliber pistol, serial no. L266704;
3. Ruger, .22 caliber pistol, serial no. 228-96086; and
4. Kahr, .45 caliber pistol, serial no. SF2964.

All pursuant to 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

<u>CRIMINAL FORFEITURE ALLEGATION NO.2</u>
FIREARMS

Upon conviction of Counts 2, 3, or 4 of this Indictment, the defendant, KENNETH WENDELL KITKA, shall forfeit to the United States pursuant to Title 18, United States Code, § 924(d)(1), and Title 28, United States Code, § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including but not limited to:

1. North American Arms, .22 caliber pistol, serial no. L266704;
2. Ruger, .22 caliber pistol, serial no. 228-96086; and
3. Kahr, .45 caliber pistol, serial no. SF2964.

All pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson  
GRAND JURY FOREPERSON

s/ William R. Reed  
WILLIAM R. REED  
Assistant U.S. Attorney  
United States of America

s/ S. Lane Tucker  
S. LANE TUCKER  
United States Attorney

DATE:  4/16/2024